**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| STANLEY HUGHES, | ) | No. CV 10-7656 CW |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   **IT IS ADJUDGED** that this action is remanded to defendant for

further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

and consistent with the parties' stipulation.

DATED: April 4, 2011

_____
   CARLA M. WOEHRLE
United States Magistrate Judge